UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILL MOSES PALMER,                          No. C 09-2900 SI (pr)

       Petitioner,                      **ORDER EXTENDING DEADLINES**

   v.

A. HEDGPETH, warden,

       Respondent.

_____/

     Respondent has filed an <u>ex parte</u> request for a second extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Stan Helfman, the court GRANTS respondent's request. (Docket # 12.) Respondent must file and serve his response to the petition no later than **January 28, 2011**. Petitioner must file and serve his traverse no later than **March 4, 2011.**

     IT IS SO ORDERED.

DATED: November 30, 2010

                           _____
                              SUSAN ILLSTON
                 United States District Judge

**United States District Court**
For the Northern District of California