UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL MOSES PALMER,<br><br>    Petitioner,<br><br>    v.<br><br>A. HEDGPETH, warden,<br><br>    Respondent.<br>_____ / | No. C 09-2900 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

    Respondent has filed an <u>ex parte</u> request for a third extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Stan Helfman, the court GRANTS respondent's request. (Docket # 15.) Respondent must file and serve his response to the petition no later than **February 18, 2011**. Petitioner must file and serve his traverse no later than **March 25, 2011.**

    IT IS SO ORDERED.

DATED: February 2, 2011

                                                                           SUSAN ILLSTON<br>                                                          United States District Judge