UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL MOSES PALMER | No. C 09-2900 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| A. HEDGPETH, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is dismissed because it was not filed before the expiration of the habeas statute of limitations period.

IT IS SO ORDERED AND ADJUDGED.

DATED: May 25, 2011

_____
SUSAN ILLSTON
United States District Judge