UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL MOSES PALMER | No. C 09-2900 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| A. HEDGPETH, warden, | |
| Respondent. | |

Petitioner's request for a copy of the state court record and documents lodged in this action is DENIED. (Docket # 37.) The court earlier denied petitioner's Rule 60(b) motion for multiple reasons, including that he had left blank lines in place of actual dates throughout the Rule 60(b) motion. Plaintiff now wants the record so he can fill in those blank lines with actual dates. Doing so would not help him overcome the numerous problems the court identified as separate and additional reasons for denial of the Rule 60(b) motion.

IT IS SO ORDERED.

DATED: July 21, 2014

_____
SUSAN ILLSTON
United States District Judge