UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL MOSES PALMER | No. C 09-2900 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| A. HEDGPETH, warden, | |
| Respondent. | |

Petitioner's request for a certificate of appealability is DENIED. (Docket # 40.)

IT IS SO ORDERED.

DATED: July 24, 2014

_____
SUSAN ILLSTON
United States District Judge